OPINION — AG — THE WORD "IMPROVED" AS IT APPEARS IN 36 O.S. 1961 1622 [36-1622](A) WITH REFERENCE TO REAL PROPERTY, MEANS LAND "AS BEEN RECLAIMED IS USED FOR THE PURPOSE OF HUSBANDRY, AND IS CULTIVATED AS SUCH, WHETHER THE APPROPRIATION IS FOR TILLAGE, MEADOW, OR PASTURE" OR OTHERWISE EMPLOYED FOR ADVANTAGE, AND IS NOT LIMITED TO LAND UPON WHICH STRUCTURES HAVE BEEN ERECTED. (BURCK BAILEY)